UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                                  Chapter 11

ADVANCE CASE PARTS, INC.,                                      Case No. 19-14930-RBR

        Debtor.
_____/

## NOTICE OF FILING AMENDED EXHIBIT "A"

Undersigned counsel hereby gives notice of the filing of attached **Amended Exhibit "A"** to *Debtor's Emergency Motion For Entry Of An Order: (I) Authorizing The Payment Of Priority Pre-Petition Wages, Salaries, And Employee Benefits; And (II) Authorizing The Debtor To Continue The Maintenance Of Employee Practices And Benefit Plans And Programs In The Ordinary Course Of Business* **(ECF No. 10)** filed in this bankruptcy on April 16, 2019.

Dated: April 17, 2019                               Respectfully submitted,

                                                     /s/ *Catherine D. Kretzschmar*
                                               Eyal Berger, Esq.
                                               Florida Bar Number: 011069
                                               eyal.berger@akerman.com
                                               Catherine D. Kretzschmar, Esq.
                                               Florida Bar No. 85843
                                               catherine.kretzschmar@akerman.com
                                               **AKERMAN LLP**
                                               Las Olas Centre II, Suite 1600
                                               350 East Las Olas Boulevard
                                               Fort Lauderdale, FL 33301-2999
                                               Phone: (954) 463-2700
                                               Fax: (954) 463-2224

                                               *Proposed Attorneys for Debtor-In-Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the below service list.

By: /s/ *Catherine D. Kretzschmar*
      Catherine D. Kretzschmar

**SERVICE LIST**

**19-14930-RBR Notice will be electronically mailed to:**

Eyal Berger, Esq. on behalf of Debtor Advance Case Parts, Inc.
eyal.berger@akerman.com, jeanette.martinez@akerman.com

Catherine Douglas Kretzschmar on behalf of Debtor Advance Case Parts, Inc.
catherine.kretzschmar@akerman.com, jeanette.martinez@akerman.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Howard S Toland on behalf of Creditor CDS BUSINESS SERVICES, INC
htoland@mitrani.com

**19-14930-RBR Notice will not be electronically mailed to:**

# EXHIBIT "A"

| ID | REG | OT | Sick | VAC | Rate | Gross | FICA exp | FUTA | SUTA | WC | EE Benefits | Life Ins | Admin Fee | Delivery | LTD | STD | Uni. | EPLI | Total Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 48.00 | 16.25 | - | - | $ 19.23 | 1,391.77 | 106.47 | | | 3.48 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,556.56 |
| 2 | 48.00 | 4.00 | - | - | $ 15.00 | 810.00 | 61.97 | | | 2.03 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 934.83 |
| 3 | 40.00 | 17.25 | - | - | $ 18.00 | 1,185.75 | 90.71 | | | 60.59 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,391.89 |
| 4 | 33.50 | - | 8.00 | - | $ 18.09 | 750.74 | 57.43 | | | 38.36 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 907.37 |
| 5 | 48.00 | 3.50 | - | - | $ 20.00 | 1,065.00 | 81.47 | | | 2.66 | - | 0.39 | 15.00 | - | - | - | - | 0.60 | 1,165.13 |
| 6 | 39.00 | - | - | 8.00 | $ 20.00 | 940.00 | 71.91 | | | 2.35 | - | 0.20 | 15.00 | - | - | - | - | 0.60 | 1,030.06 |
| 7 | 38.25 | - | - | - | $ 26.50 | 1,013.63 | 77.54 | | | 51.80 | 105.49 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,258.44 |
| 8 | 38.50 | - | 8.00 | - | $ 25.00 | 1,162.50 | 88.93 | | | 59.40 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,365.67 |
| 9 | 48.00 | - | - | - | $ 16.00 | 768.00 | 58.75 | | | 1.92 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 889.51 |
| 10 | 49.00 | 3.50 | - | - | $ 16.00 | 868.00 | 66.40 | | | 44.35 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,033.60 |
| 11 | 48.00 | - | - | - | $ 20.00 | 960.00 | 73.44 | | | 49.06 | - | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,092.49 |
| 12 | 52.50 | 16.25 | - | - | $ 16.00 | 1,230.00 | 94.10 | | | 62.85 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,441.79 |
| 13 | 48.75 | 8.75 | - | - | $ 22.00 | 1,361.25 | 104.14 | | | 69.56 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,589.79 |
| 14 | 48.50 | 5.75 | - | - | $ 16.00 | 914.00 | 69.92 | | | 46.71 | - | 0.39 | 15.00 | - | - | - | - | 0.60 | 1,046.62 |
| 15 | - | - | - | - | $ 20.00 | - | - | | | - | 163.20 | 0.39 | 15.00 | - | - | - | - | 0.60 | 179.19 |
| 16 | 50.75 | 28.75 | - | - | $ 21.50 | 2,018.31 | 154.40 | 8.64 | 31.69 | 103.14 | - | - | 15.00 | 12.00 | - | - | - | 0.60 | 2,343.78 |
| 17 | 48.00 | - | - | - | $ 48.08 | 2,307.84 | 176.55 | | | 117.93 | - | 0.39 | 15.00 | - | - | - | - | 0.60 | 2,617.92 |
| 18 | 49.50 | 12.75 | - | - | $ 26.50 | 1,818.56 | 139.12 | | | 92.93 | 274.08 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 2,334.68 |
| 19* | - | - | - | - | **$ 51.49** | - | - | | | - | 524.31 | 8.36 | **15.00** | - | **7.65** | **8.90** | - | **0.60** | **553.19** |
| 20 | 40.00 | 0.75 | 8.00 | - | $ 11.00 | 540.38 | 41.34 | 3.02 | 11.07 | 27.61 | - | 0.26 | 15.00 | - | - | - | - | 0.60 | 639.27 |
| 21 | 40.00 | 8.00 | - | - | $ 22.00 | 1,144.00 | 87.52 | | | 58.46 | - | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,299.96 |
| 22 | 19.75 | - | - | - | $ 22.00 | 434.50 | 33.24 | | | 22.20 | - | - | 15.00 | - | - | - | - | - | 504.94 |
| 23 | 48.00 | - | - | - | $ 25.00 | 1,200.00 | 91.80 | | | 61.32 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,407.96 |
| 24* | 48.00 | - | - | - | $ 20.00 | 960.00 | 73.44 | | | 2.40 | 44.85 | 0.39 | 15.00 | - | - | - | - | - | 1,096.08 |
| 25* | 48.00 | - | - | - | $ 48.08 | 2,307.84 | 176.55 | | | 5.77 | 211.91 | 0.39 | 15.00 | - | - | - | - | 0.60 | 2,718.06 |
| 26* | 13.75 | - | - | - | $ 13.00 | 178.75 | 13.67 | 1.27 | 4.65 | 0.45 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 259.63 |
| 27* | - | - | - | - | $ 63.46 | - | - | | | - | 324.10 | 10.30 | 15.00 | - | 7.65 | 10.80 | - | 0.60 | 345.37 |
| 28 | 47.00 | 3.00 | - | - | $ 16.50 | 849.75 | 65.01 | | | 43.42 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,013.02 |
| 29 | 51.45 | 31.25 | - | - | $ 25.50 | 2,507.29 | 191.81 | | | 128.12 | - | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 2,837.21 |
| 30 | 40.25 | - | - | - | $ 21.00 | 845.25 | 64.66 | | | 43.19 | - | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 963.09 |
| 31 | 50.00 | 2.00 | - | - | $ 26.00 | 1,378.00 | 105.42 | | | 70.42 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,608.67 |
| 32 | 48.00 | - | - | - | $ 11.54 | 553.92 | 42.37 | 3.32 | 11.85 | 1.38 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 673.69 |
| 33 | 39.50 | - | - | - | $ 20.00 | 790.00 | 60.44 | | | 40.37 | - | - | 15.00 | - | - | - | - | - | 905.80 |
| 34 | 48.00 | - | - | - | $ 28.50 | 1,368.00 | 104.65 | | | 3.42 | 185.50 | 0.39 | 15.00 | - | - | - | - | 0.60 | 1,677.56 |
| 35 | 48.25 | - | - | - | $ 17.00 | 820.25 | 62.75 | | | 41.91 | - | 0.39 | 15.00 | - | - | - | - | 0.60 | 940.90 |
| 36 | 48.00 | - | - | - | $ 24.04 | 1,153.92 | 88.27 | | | 2.88 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 1,305.92 |
| 37 | 33.00 | - | 8.00 | - | $ 18.00 | 738.00 | 56.46 | | | 1.85 | 44.85 | 0.39 | 15.00 | - | - | - | - | 0.60 | 857.14 |
| 38 | 49.25 | 5.00 | - | - | $ 26.75 | 1,518.06 | 116.13 | | | 77.57 | 44.85 | 0.39 | 15.00 | - | - | - | (6.00) | 0.60 | 1,766.61 |
| | **1,536.45** | **166.75** | **24.00** | **16.00** | | **39,853.25** | **3,048.77** | **16.25** | **59.26** | **1,441.87** | **2,595.89** | **30.81** | **570.00** | **12.00** | **15.30** | **19.70** | **(96.00)** | **21.00** | **47,553.39** |

* Insider