**Fill in this information to identify the case:**

Debtor name    **Advance Case Parts, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **19-14930-RBR**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ **936,488.19**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **936,488.19**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **4,372,352.68**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **47,374.20**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$ **1,078,748.27**

4. Total liabilities ................................................................................................................
   Lines 2 + 3a + 3b                                                                                          $ **5,498,475.15**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Advance Case Parts, Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) **19-14930-RBR** |

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Centennial** | **operating** | **8356** | $259.82 |
| 3.2. | **IBM Southeast Employees' Credit Union** | **Checking** | **3578** | $0.00 |
| 3.3. | **JPMorgan Chase** | **checking** | **7103** | $740.85 |
| 3.4. | **IBM Southeast Employees' Credit Union** | **payroll** | **3586** | $55,624.63 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $56,625.30 |
| --- |

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor    **Advance Case Parts, Inc.**                                    Case number *(If known)* **19-14930-RBR**
Name

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.    **Florida Power & Light - Two Security Deposits**                                    **Unknown**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                        **$0.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

    11a. 90 days old or less:    **566,610.25**    -    **0.00**    = ....    **$566,610.25**
                   face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                        **$566,610.25**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** parts and service | 4/15/19 | Unknown | Resale | Unknown |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** purchase orders | 4/15/15 | $78,783.64 | purchase amount | $78,783.64 |

23.    **Total of Part 5.**                                                                        **$78,783.64**
Add lines 19 through 22.  Copy the total to line 84.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Advance Case Parts, Inc.**                                      Case number *(If known)* **19-14930-RBR**
Name

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value          78,783.64    Valuation method                    Current Value          78,783.64

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** computers, monitors, and printer | $0.00 | | $82,922.00 |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                                          $82,922.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Advance Case Parts, Inc.** | | | Case number *(If known)* **19-14930-RBR** |
|---|---|---|---|---|
| | Name | | | |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2017 NISSAN MAXIMA VIN 1N4AA6AP7HC435727** | **Unknown** | | **Unknown** |
| 47.2. | **2005 CHEVROLET SILVERADO 1GCHC23U05F858688** | **$7,403.00** | **Kelley Blue Book** | **$7,403.00** |
| 47.3. | **2016 CHEVY CORVETTE 1G1YD2D79G5113090** | **$0.00** | | **$0.00** |
| 47.4. | **2018 NISSAN VAN NV200 3N6CMOKN3JK703500** | **$0.00** | | **$0.00** |
| 47.5. | **2018 NISSAN VAN NV200 3N6CM0KN0JK703499** | **$0.00** | | **$0.00** |
| 47.6. | **2018 NISSAN  VAN NV200 3N6CM0KN4JK701819** | **$0.00** | | **$0.00** |
| 47.7. | **2018 NISSAN VAN NV200 3N6CM0KN4JK703313** | **$0.00** | | **$0.00** |
| 47.8. | **2018 NISSAN VAN NV200 3N6CM0KN6JK702065** | **$0.00** | | **$0.00** |
| 47.9. | **2018 NISSAN VAN NV200 3N6CM0KN3JK701682** | **$0.00** | | **$0.00** |
| 47.10. | **2018 NISSAN VAN NV200 3N6CMOKN4JK701917** | **$0.00** | | **$0.00** |
| 47.11. | **2018 NISSAN VAN NV200 3N6CM0KN1JK703303** | **$0.00** | | **$0.00** |
| 47.12. | **2017 NISSAN VAN NV200 3N6CM0KN5HK706151** | **$0.00** | | **$0.00** |
| 47.13. | **2017 NISSAN VAN NV200 3N6CM0KN7HK721248** | **$0.00** | | **$0.00** |
| 47.14. | **2017 NISSAN VAN NV200 3N6CM0KN2HK706284** | **$0.00** | | **$0.00** |
| 47.15. | **2018 NISSAN VAN NV200 3N6CM0KN3JK703772** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Advance Case Parts, Inc.**                          Case number *(If known)* **19-14930-RBR**
Name

| 47.16· | **2015 CHEVY TRUCK**<br>**1GB0CUEG1FZ521158** | **$0.00** | | **$0.00** |
|---|---|---|---|---|
| 47.17· | **2016 HINO FLAT BED**<br>**5PVNE8JT0G4S56625** | **$0.00** | | **$0.00** |
| 47.18· | **2017 GMC Yukon VIN**<br>**1GKS1GKC8HR276539** | **Unknown** | | **Unknown** |
| 47.19· | **2004 Ford FREESTAR**<br>**2FMZA52264BA08037** | **$931.00** | **Kelley Blue Book** | **$931.00** |
| 47.20· | **2006 CHEVROLET UPLANDER**<br>**1GBDV13L46D202666** | **$2,377.00** | **Kelley Blue Book** | **$2,377.00** |
| 47.21· | **2014 CHEVROLET VAN**<br>**1GCSGAFX1E1171761** | **$12,175.00** | **Kelley Blue Book** | **$12,175.00** |
| 47.22· | **2013 CHEVROLET VAN**<br>**1GCWGFFA6D1189875** | **$10,194.00** | **Kelley Blue Book** | **$10,194.00** |
| 47.23· | **2014 CHEVROLET VAN**<br>**1GCSGAFX5E1131599** | **$12,175.00** | **Kelley Blue Book** | **$12,175.00** |
| 47.24· | **2014 CHEVROLET VAN**<br>**1GCWGGFA5E1153103** | **$12,175.00** | **Kelley Blue Book** | **$12,175.00** |
| 47.25· | **1998 HAULMARK VEHICLE TRAILER**<br>**16HGB2028WH047946** | **Unknown** | | **Unknown** |
| 47.26· | **2015 GMC SIERRA 2500**<br>**1GT120E88FF152515** | **$24,117.00** | **Kelley Blue Book** | **$24,117.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**
**forklift**
**2000 KOMATSU MODEL#FG25ST (SER.#)**
**554205A**                                              **Unknown**                        **Unknown**

51.    **Total of Part 8.**                                                                    | **$81,547.00** |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

| Debtor | **Advance Case Parts, Inc.** | Case number *(If known)* **19-14930-RBR** |
|---|---|---|
| | Name | |

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 9:**     **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease with Advance Case Parts RE Holdings, LLC for the property located at 12489 NW 44th St., Coral Springs, FL** | leasehold | $0.00 | | $0.00 |
| 55.2.   **Real Estate Lease dated March 31, 2015 for office and warehouse located at 12485-12489 NW 44th Street, Coral Springs, FL and Addendum to Lease Agreement dated January 1, 2017** | leasehold | $0.00 | | $0.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       

Debtor    **Advance Case Parts, Inc.**                              Case number *(If known)*  **19-14930-RBR**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** <br> **www.advancecaseparts.com** | **Unknown** | | **$0.00** |
| 62.  **Licenses, franchises, and royalties** <br> **State of Florida Department of Business and Professional Regulation license CAC1818881 issued 7/12/2018 for Class A Air Conditioning Contractor** | **$0.00** | | **$0.00** |
| **State of Florida Department of Agriculture and Consumer Services License Number L132368 Liquefied Petroleum Gas License effective September 25, 2015 through August 31, 2019.** | **$0.00** | | **$0.00** |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** <br> **Debtor's goodwill.** | **Unknown** | | **$0.00** |

| | |
|---|---|
| 66.  **Total of Part 10.** <br> Add lines 60 through 65. Copy the total to line 89. | **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** <br> Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** | |

| Debtor | **Advance Case Parts, Inc.** | | Case number *(If known)* **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Counterclaim in the case styled 2909 Lee Blvd. Supermarket Corp. v. Advance Case Parts, Inc.; Lee County Case No. 17-CA-002654** | $70,000.00 |
| | **Brevard County School Board client services agreement** | Unknown |
| | **Broward County Board of Commissioners Contract No. W1348408Q1 Kitchen Appliance Repairs** | Unknown |
| | **Folliet LLC Service Partner Agreement dated March 11, 2019** | Unknown |
| | **Miami-Dade Board of County Commissioners Bid No. RTQ-00256 Repairs Replacement/Parts Appl. & Kitc.** | Unknown |
| | **Miami-Dade County Public Schools Contract ITB-15-075-AC - Kitchen Equipment Repairs and/or Install** | Unknown |
| | **Palm Beach County Board of County Commission Term Contract #750727C - Repair of Commercial Kitchen Equipment** | Unknown |
| | **Palm Beach County Board of County Commission Term contract #650355D Repair of Kitchen Equipment, Commercial, Gas** | Unknown |
| | **Palm Beach County School District Bid #17C-38T Term Contract for Purchase  and Installation of Indoor and Outdoor Walk-in Collers and Freezers** | Unknown |
| | **Palm Beach County School District RFQ #150705/CC Commercial Kitchen Appliances, Preventative Maintenance & Repair, Term Conrtact** | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor | **Advance Case Parts, Inc.** | Case number *(If known)* **19-14930-RBR** |
|---|---|---|
| | Name | |

| | |
|---|---|
| **Palm Beach County School District**<br>**Quote No. 1805-103T for Q-Tec Installation Project -**<br>**Phase II** | **Unknown** |
| **Palm Beach State College**<br>**Service Agreement dated July 9, 2018** | **Unknown** |
| **Publix Super Markets, Inc.**<br>**Services Agreement dated July 15, 2013 and Statement**<br>**of Work dated July 15, 2013** | **Unknown** |
| **School District of Palm Beach County, FL**<br>**Term Conrtact for HVAC Light Commercial Repairs,**<br>**Service and Installations** | **Unknown** |
| **School District of Palm Beach County, FL**<br>**Term Contract for Cafeteria and Culinary Arts**<br>**Equipmenet, OEM Parts, Installation and Repair** | **Unknown** |
| **Univex Corporation**<br>**Authorized Service Agreement dated January 10, 2017** | **Unknown** |
| **Univex Corporation**<br>**warranty services effective January 10, 2017** | **Unknown** |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$70,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | **Advance Case Parts, Inc.** | Case number *(If known)* **19-14930-RBR** |
|---|---|---|
| | Name | |

---

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $56,625.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $566,610.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $78,783.64 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $82,922.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $81,547.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $70,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $936,488.19 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $936,488.19 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Advance Case Parts, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**19-14930-RBR**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | | |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1948**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2017 NISSAN MAXIMA VIN 1N4AA6AP7HC435727**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,104.19 | Unknown

---

| 2.2 | **Ally** | | |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1948**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2017 GMC Yukon VIN 1GKS1GKC8HR276539**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$29,314.49 | Unknown

---

Debtor **Advance Case Parts, Inc.**
Name

Case number (if know) **19-14930-RBR**

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **CDS Business Services** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

**All assets of the Debtor, all Accounts, all
Equipment, all Commercial Tort Claims, all
General Intangibles, all Chattel Paper, all
Inventory, all Negotiable Collateral, all
Investment Property, all Financial Assets.**

**60 Hempstead Ave
PO Box 380
West Hempstead, NY 11552**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☒ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**2/17/2016**
**Last 4 digits of account number**

☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company, as Rep** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

Creditor's Name

**All personal property of the Debtor.**

**PO Box 2576
Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☒ No

Creditor's email address, if known
☐ Yes

**Is anyone else liable on this claim?**
☒ No

**Date debt was incurred**
**10/20/2016**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Corporation Service Company, as Rep.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Advance Case Parts, Inc.**                                    Case number (if know)   **19-14930-RBR**
_____
Name

Creditor's Name

**All accounts, chattel paper, documents, instruments, general intangibles, payment intangibles, goods, inventory, investment property, rents and income. All machinery and equipment.**

**PO Box 2576
Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**8/12/2016**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.6 | **Crossroads Financial Group, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| | Creditor's Name | **All assets of the Debtor.** | | |

**200 S. College St
Suite 1400
Charlotte, NC 28202**
Creditor's mailing address

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**8/17/2016**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.7 | **CT Corporation System, as Rep.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
| | Creditor's Name | **Receivables** | | |

**330 N Brand Blvd
Ste 700
Attn. SPRS
Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**

■ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Advance Case Parts, Inc.**                                          Case number (if know)    **19-14930-RBR**
         Name

**12/15/2016**
**Last 4 digits of account number**

| | |
|---|---|
| ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.8 | **Financial Agent Services** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All personal assets.** | | |

**PO Box 2576**
**Springfield, IL 62708**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**10/1/2018**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.9 | **Newtek Business Credit** | **Describe debtor's property that is subject to a lien** | $1,117,119.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **parts and service** | | |

**60 Hempstead Ave**
**5th Floor**
**West Hempstead, NY 11552**
Creditor's mailing address

**Describe the lien**
**UCC-1 and Accounts Receivable**
**Administration Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**2/17/2016**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.10 | **Newtek Small Business Finance, LLC** | **Describe debtor's property that is subject to a lien** | $208,815.00 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Advance Case Parts, Inc. | Case number (if know) | 19-14930-RBR |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**60 Hempstead Ave**
**2nd FL**
**West Hempstead, NY 11552**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/24/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All personal property of the Debtor.**

**Describe the lien**
**UCC-1 and Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | Newtek Small Business Finance, LLC | | | $0.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

**60 Hempstead Ave**
**2nd FL**
**West Hempstead, NY 11552**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**12/17/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All of Debtor's right, title and interest in all personal property of Debtor.**

**Describe the lien**
**UCC-1**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 2 | Newtek Small Business Finance, LLC | | | $3,000,000.00 | Unknown |
|---|---|---|---|---|---|

**Creditor's Name**

**60 Hempstead Ave**
**2nd FL**
**West Hempstead, NY 11552**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/31/15**
**Last 4 digits of account number**

**5009**

**Describe debtor's property that is subject to a lien**
**All personal property- subordinated lien on accounts and inventory.**

**Describe the lien**
**SBA loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | Advance Case Parts, Inc. | | Case number (if known) | 19-14930-RBR |
|---|---|---|---|---|
| | Name | | | |

| | | **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | |

---

| 2.1 3 | **Secured Lender Solutions, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Any and all assets of the Debtor.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/4/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 4 | **Secured Lender Solutions, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All accounts, chattel paper, documents, instruments, general intangibles, payment intangibles, goods, inventory, investment property, rents and income. All machinery and equipment.**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/14/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,372,352.68** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor     **Advance Case Parts, Inc.**
           _____                Case number (if know)     **19-14930-RBR**
           Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Newtek Business Credit**<br>**1981 Marcus Ave, Ste 130**<br>**New Hyde Park, NY 11042** | Line __2.9__ | |
| **Newtek Business Services Corp.**<br>**Attn. Legal Dept.**<br>**212 W. 35th St., 2nd FL**<br>**New York, NY 10001** | Line __2.9__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 7 of 7

| Fill in this information to identify the case: |
| --- |

Debtor name **Advance Case Parts, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **19-14930-RBR**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,608.67** | **$1,608.67** |
| --- | --- | --- | --- | --- |
|  | **Albert Sanchez** | Check all that apply. |  |  |
|  | **14225 SW 164 Terrace** | ☐ Contingent |  |  |
|  | **Miami, FL 33177** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | **April 8 - April 15, 2019** | **wages** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |  |  |
|  |  | ☐ Yes |  |  |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,258.44** | **$1,258.44** |
| --- | --- | --- | --- | --- |
|  | **Aldo Humberto Boggio** | Check all that apply. |  |  |
|  | **7890 NW 11th Ct** | ☐ Contingent |  |  |
|  | **Hollywood, FL 33024** | ☐ Unliquidated |  |  |
|  |  | ☐ Disputed |  |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | **April 8 - April 15, 2019** | **wages** |  |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |  |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No |  |  |
|  |  | ☐ Yes |  |  |

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,033.60** | **$1,033.60** |
|---|---|---|---|---|
| | **Alfredo Brown**<br>**18641 NW 11 Place**<br>**Miami, FL 33169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,305.92** | **$1,305.92** |
|---|---|---|---|---|
| | **Ashley B. Valldeperas**<br>**4208 NW 73rd Ave**<br>**Coral Springs, FL 33065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,391.89** | **$1,391.89** |
|---|---|---|---|---|
| | **Bernardo Araujo**<br>**7461 NW 176 Terr.**<br>**Hialeah, FL 33015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$940.90** | **$940.90** |
|---|---|---|---|---|
| | **Carlos J. Tiuso**<br>**9007 Vineyard Lake Dr.**<br>**Plantation, FL 33324** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
| --- | --- | --- | --- |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.63 | $259.63 |
| --- | --- | --- | --- | --- |
| | **Cayla Hope Podhurst** | *Check all that apply.* | | |
| | **12760 NW 15th St.** | ☐ Contingent | | |
| | **Coral Springs, FL 33071** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $963.09 | $963.09 |
| --- | --- | --- | --- | --- |
| | **Charles Gentry Rodgers** | *Check all that apply.* | | |
| | **6563 NW 1st Ct.** | ☐ Contingent | | |
| | **Margate, FL 33063** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.27 | $639.27 |
| --- | --- | --- | --- | --- |
| | **Creg S. Lauda** | *Check all that apply.* | | |
| | **6362 NW 29th Ct** | ☐ Contingent | | |
| | **Margate, FL 33063** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.96 | $1,299.96 |
| --- | --- | --- | --- | --- |
| | **Daniel Adams Mane** | *Check all that apply.* | | |
| | **4412 SW 24th Ave.** | ☐ Contingent | | |
| | **Fort Lauderdale, FL 33312** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No ☐ Yes | | |

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.02 | $1,013.02 |
|---|---|---|---|---|

**Deshorn Lorenzo Queeley**
**7961 NW 44th Ct APT 2**
**Coral Springs, FL 33065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.94 | $504.94 |
|---|---|---|---|---|

**Elkin D. Marquez**
**19800 SW 180th Ave. Lot #265**
**Miami, FL 33187**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.79 | $1,441.79 |
|---|---|---|---|---|

**Etzer Coriolan**
**680 NE 132 St.**
**North Miami, FL 33161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $553.19 | $553.19 |
|---|---|---|---|---|

**George E. Hude, Jr.**
**8172 Ocho Rios Ln**
**Wellington, FL 33414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | | Case number (*if known*) | **19-14930-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,589.79 | $1,589.79 |
|---|---|---|---|---|

**Giraldo L. Delgado**
**4134 W 10 Ln**
**Hialeah, FL 33012**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **April 8 - April 15, 2019** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,556.56 | $1,556.56 |
|---|---|---|---|---|

**Jonathan E. Abrantes**
**621 NE 39th St.**
**Pompano Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **April 8 - April 15, 2019** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,046.62 | $1,046.62 |
|---|---|---|---|---|

**Julio Delgado**
**3320 SW 1st Ct.**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **April 8 - April 15, 2019** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,165.13 | $1,165.13 |
|---|---|---|---|---|

**Kiska Austin**
**440 SE 2nd Ave. C24**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **April 8 - April 15, 2019** | **wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Advance Case Parts, Inc.** | | Case number *(if known)* | **19-14930-RBR** |
| | Name | | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.69 | $673.69 |
| | **Kymberly F. Schneider** | *Check all that apply.* | | |
| | **7210 East Oakridge C Unit 23B** | ☐ Contingent | | |
| | **Lantana, FL 33462** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,334.68 | $2,334.68 |
| | **Luis Hernadez** | *Check all that apply.* | | |
| | **908 W 79th St** | ☐ Contingent | | |
| | **Hialeah, FL 33014** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.37 | $907.37 |
| | **Luis R. Arias** | *Check all that apply.* | | |
| | **1531 DREXEL RD LOT 30** | ☐ Contingent | | |
| | **West Palm Beach, FL 33417** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,677.56 | $1,677.56 |
| | **Marianne Stimper** | *Check all that apply.* | | |
| | **153 N Ketch Dr** | ☐ Contingent | | |
| | **Sunrise, FL 33326** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **April 8 - April 15, 2019** | **wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,617.92 | $2,617.92 |
|---|---|---|---|---|

**Mark A. Goldstein**
**610 Christina Dr. Apt. 104**
**Royal Palm Beach, FL 33414**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,718.06 | $2,718.06 |
|---|---|---|---|---|

**Michael G. Picardi Sr.**
**21321 Chinaberry Dr**
**Boca Raton, FL 33428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,407.96 | $1,407.96 |
|---|---|---|---|---|

**Michael M. Packer**
**919 Snowden Dr**
**Lake Worth, FL 33461**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.08 | $1,096.08 |
|---|---|---|---|---|

**Michael P. Picardi**
**5130 Las Verdes Circle APT 315**
**Delray Beach, FL 33484**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | | Case number *(if known)* | **19-14930-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $857.14 | $857.14 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Mindy J. Zanger**
**5747 NW 125th Ave.**
**Coral Springs, FL 33076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.80 | $905.80 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Patrick V. Speights Jr.**
**2621 N 72nd Way**
**Hollywood, FL 33024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,766.61 | $1,766.61 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Paul G. Zapf**
**5561 Berrywood Dr**
**Lake Worth, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.37 | $345.37 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Paul Podhurst**
**12760 NW 15th St**
**Coral Springs, FL 33071**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **Advance Case Parts, Inc.** | | Case number *(if known)* | **19-14930-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.51 | $889.51 |
|---|---|---|---|---|

**Peggy M. Bravo**
**8350 NW 25th Court**
**Sunrise, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,365.67 | $1,365.37 |
|---|---|---|---|---|

**Peter Josef Brandl**
**11550 SW 83 Terrace**
**Miami, FL 33173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,343.78 | $2,343.78 |
|---|---|---|---|---|

**Richard J. Gerhad**
**1421 NE 14th Ct Apt Q20**
**Jensen Beach, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,030.06 | $1,030.06 |
|---|---|---|---|---|

**Rita Balbirer**
**5747 NW 125 Ave**
**Pompano Beach, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**April 8 - April 15, 2019**

Basis for the claim:
**wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,092.49** | **$1,092.49** |
|---|---|---|---|---|
| | **Roger Conard**<br>**13869 Sheffield St.**<br>**Wellington, FL 33414** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,837.21** | **$2,837.21** |
|---|---|---|---|---|
| | **Ronald Rambaran**<br>**6210 NW 18th St.**<br>**Sunrise, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$934.83** | **$934.83** |
|---|---|---|---|---|
| | **Sthephanie Esteves Abrantes**<br>**621 NE 39th St.**<br>**Pompano Beach, FL 33064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**April 8 - April 15, 2019** | Basis for the claim:<br>**wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **2909 Lee Blvd. Supermarket Corp.**<br>**2909 Lee Blvd**<br>**Lehigh Acres, FL 33971** | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **lawsuit**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657.00** |
|---|---|---|---|
| | **Accountemps**<br>**12400 Collections Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **accounting services**<br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Advance Case Parts RE Holdings LLC**
**12489 NW 44th St**
**Pompano Beach, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Real Estate Lease dated March 31, 2015 for office and warehouse located at 12485-12489 NW 44th Street, Coral Springs, FL and Addendum to Lease Agreement dated January 1, 2017**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.00**

**Alfa International Corp**
**4 Kaysal Ct**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,789.00**

**Alto-Shaam Inc.**
**PO Box 450**
**Menomonee Falls, WI 53052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/19/2018**

Last 4 digits of account number __

Basis for the claim:  **Order Granting Plaintiff's Motion for Summary Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,185.00**

**Altus GTS, Inc.**
**2400 Veterans Blvd**
**Ste 300**
**Kenner, LA 70062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,269.00**

**American Express Gold**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3001**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,635.00**

**American Express Platinum**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3004**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,008.00**

**American Express Plum**
**PO Box 650448**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2000**

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advance Case Parts, Inc. | Case number (if known) | 19-14930-RBR |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**American Management Services, Inc.**
**8250 Exchange Dr.**
**Ste 132**
**Orlando, FL 32809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **professional fees for consulting**

Is the claim subject to offset? ■ No ☐ Yes

**$138,069.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**American Panel Corporation**
**5800 SE 78th St**
**Ocala, FL 34472**

Date(s) debt was incurred  **9/14/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stipulation of Settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$65,274.00**

---

**3.12** | Nonpriority creditor's name and mailing address

**AT&T**
**PO Box 105262**
**Atlanta, GA 30348-5262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **telephone**

Is the claim subject to offset? ■ No ☐ Yes

**$222.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Biro Manufacturing Co.**
**1114 W. Main St.**
**Lakeside Marblehead, OH 43440-2099**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **lawsuit/ Settlement amount**

Is the claim subject to offset? ■ No ☐ Yes

**$16,224.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Bizerba USA, Inc.**
**PO Box 826704**
**Philadelphia, PA 19182-6704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**BKI Worldwide/Bevles**
**2813 Grandview Dr**
**Simpsonville, SC 29680**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No ☐ Yes

**$90,670.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Broward County Tax Collector**
**115 S. Andrews Ave**
**Room A100**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brown & Brown of Florida, Inc.**
1201 W. Cypress Creek Rd #130
PO Box 5727
Fort Lauderdale, FL 33310

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,889.00 |
|---|---|---|---|

**Catskill Truck Repairs**
1 Compass Road
Fort Lauderdale, FL 33308

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **auto repair**

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Monroe**
c/o Jennifer Lipinski, Esq.
Gordon & Partners, P.A.
4114 Northlake Blvd.
Palm Beach Gardens, FL 33410

Date(s) debt was incurred  **7/9/2018**

Last 4 digits of account number  **2785**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,774.20 |
|---|---|---|---|

**Chase Visa Business Card Services**
PO Box 15298
Wilmington, DE 19850-5298

Date(s) debt was incurred _

Last 4 digits of account number  **4389**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,564.00 |
|---|---|---|---|

**Chernoff Sales, Inc.**
6280 NW 27th Way
Fort Lauderdale, FL 33309

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,658.00 |
|---|---|---|---|

**Cintas**
PO Box 13365
Newark, NJ 07101-3365

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **uniforms**

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $213.00 |
|---|---|---|---|

**Commercial Kitchen Mechaniks, LLC**
1615 Ripley Run
Fort Lauderdale, FL 33314

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Copans Printing & Graphics**
**2087 N. Powerline Road**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  office supplies

Is the claim subject to offset? ■ No ☐ Yes

$3,607.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Corrigan Corporation of America**
**104 Ambrogio Dr**
**Gurnee, IL 60031**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  equipment

Is the claim subject to offset? ■ No ☐ Yes

$2,012.23

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Decoral America Corporation**
**12481 NW 44th St**
**Coral Springs, FL 33065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  security deposit for rental of warehouse

Is the claim subject to offset? ■ No ☐ Yes

$4,000.00

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Dell Financial Services LLC**
**P.O. Box 5275**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  legal settlement

Is the claim subject to offset? ■ No ☐ Yes

$14,919.00

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Diverse Technology Inc.**
**2949 Sunrise Hwy**
**Islip Terrace, NY 11752**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT service vendor

Is the claim subject to offset? ■ No ☐ Yes

$4,047.00

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Dotnet Services**
**PO Box 772215**
**Miami, FL 33177-2215**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  IT services

Is the claim subject to offset? ■ No ☐ Yes

$713.00

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Emmies Properties**
**235 Ellamar Rd**
**West Palm Beach, FL 33405**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Is the claim subject to offset? ■ No ☐ Yes

$20,558.00

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,935.00**

**Enterprise Fleet Management**
**9315 Olive Blvd**
**Saint Louis, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __lease program__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,488.00**

**FedEx Corporate Services, Inc.**
**942 South Shady Grove Rd**
**Memphis, TN 38120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __9/11/2018__

Last 4 digits of account number _

Basis for the claim:  __Stipulation of Settlement__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$204.00**

**Folliet LLC**
**801 Church Ln**
**Easton, PA 18040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __parts vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00**

**Forever Propane**
**350 NE 44th St**
**Oakland Park, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __propane__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**FPL**
**General Mail Facility**
**Miami, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __utilities__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79,570.00**

**George E. Hude, Jr.**
**8172 Ocho Rios Ln**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,073.00**

**German Knife**
**4184 Conant St**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __equipment vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,049.92** |
|---|---|---|---|

**Giles Enterprises Inc.**
**2750 Gunter Park Dr W**
**Montgomery, AL 36109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Gold Medal Products Co.**
**10700 Medallion Dr**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$678.35** |
|---|---|---|---|

**Government Process Services, Inc.**
**8003 SVL Box**
**Victorville, CA 92395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/2019**
Last 4 digits of account number _

Basis for the claim:  **Invoice No. 11306**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,591.00** |
|---|---|---|---|

**Hinshaw & Culbertson, LLP**
**2525 Ponce de Leon Blvd.**
**4th FL**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **legal fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hobart Service - Miami**
**9100 NW 7th Ave**
**Miami, FL 33150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Howard-McCray**
**831 East Cayuga St**
**Philadelphia, PA 19124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90,579.00** |
|---|---|---|---|

**IBM Southeast Employee Fed Credit Union**
**5070 PGA Blvd**
**Suite 100**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **4751**

Basis for the claim:  **Visa Platinum credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KaTom Restaurant Supply**
**305 Katom Dr**
**Kodak, TN 37764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|

**Label-It, Inc.**
**10100 Northest 116 Way**
**Suite 1**
**Miami, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,242.00 |
|---|---|---|---|

**Lowe Refrigeration, Inc.**
**105 Cecil Ct**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  parts vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LVO Manufacturing**
**808 North 2nd Ave East**
**Rock Rapids, IA 51246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M&E MFG Co.**
**PO BOX 1548**
**Kingston, NY 12402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  parts

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,498.00 |
|---|---|---|---|

**Mainca USA**
**411 Eichelberg St**
**Saint Louis, MO 63111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  parts

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Maltech Security Systems, Inc.**
**15362 79th Ct N**
**Loxahatchee, FL 33470-3125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  security for building

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Advance Case Parts, Inc.** | | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|---|
| | Name | | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miami-Dade County Tax Collector**
**200 NW 2 Ave**
**Miami, FL 33128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __licensing/tax receipts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**New York Mart Sunrise, Inc.**
**10065 Sunset Strip**
**Fort Lauderdale, FL 33322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Stipulation of Settlement at Mediation__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**North Springs Japanese Car Care**
**12294 Wiles Rd**
**Fort Lauderdale, FL 33321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,293.00 |
|---|---|---|---|

**Oliver Packaging & Equipment Co.**
**PO Box 8506**
**Carol Stream, IL 60197-8056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __parts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $76,405.00 |
|---|---|---|---|

**Parts Town, LLC**
**1150A N Swift Rd**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __parts__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $48,545.00 |
|---|---|---|---|

**Paul Podhurst**
**12760 NW 15th St**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $62,953.00 |
|---|---|---|---|

**Paul Podhurst;Donna Hancock;Susan**
**Hatche**
**12760 NW 15th St**
**Coral Springs, FL 33071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,569.00 |
|---|---|---|---|

**Pearl Capital**
**525 Washington Blvd**
**22nd FL**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Premium Assignment Corporation**
**PO Box 8000**
**Tallahassee, FL 32314-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **financing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,180.00 |
|---|---|---|---|

**Prime Refrigeration**
**5860 Central Ave, Unit 110**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,149.00 |
|---|---|---|---|

**QuestingHound Technology Partners**
**3155 SW 10th St, Suite N**
**Deerfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **copier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,720.00 |
|---|---|---|---|

**Resnick Supermarket Equipment**
**510 Wild Trnpk**
**Mountain Dale, NY 12763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,168.00 |
|---|---|---|---|

**Shapiro Blasi Wasserman & Hermann, P.A.**
**7777 Glades Rd**
**Suite 400**
**Boca Raton, FL 33434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|---|---|---|---|

**Sirman USA, Inc.**
**9490 Franklin Ave**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **legal settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Advance Case Parts, Inc.** | | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Skyfood Equipment, LLC**
**11900 Biscayne Blvd**
**Suite 616**
**Miami, FL 33181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Non-payment per Settlement Agreement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |
|---|---|---|---|

**Staples Advantage**
**PO Box 405386**
**Atlanta, GA 30384-5386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __office supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Structural Concepts**
**888 East Porter Rd**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,461.00 |
|---|---|---|---|

**Supermarket Parts Warehouse**
**715 Glen Wild Rd, Bldg #2**
**Woodridge, NY 12789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,196.00 |
|---|---|---|---|

**Supermarket Parts Warehouse**
**715 Glen Wild Rd, Bldg #2**
**Woodridge, NY 12789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,118.00 |
|---|---|---|---|

**Sutton Leasing**
**3555 East 14 Mile Rd**
**Sterling Heights, MI 48310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __lease of 2015 CHEVY TRUCK 1GB0CUEG1FZ521158__
__and 2016 HINO FLAT BED 5PVNE8JT0G4S56625__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,110.72 |
|---|---|---|---|

**T-Mobile**
**PO Box 790047**
**Saint Louis, MO 63179-0047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __phones__

Last 4 digits of account number __8599__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Advance Case Parts, Inc.**                                              Case number (if known)    **19-14930-RBR**
_____
Name

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,427.64** |
|---|---|---|---|

**T-Mobile**
**PO Box 790047**
**Saint Louis, MO 63179-0047**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2250_

**Basis for the claim:** _phones_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,806.72** |
|---|---|---|---|

**The Penn Mutual Life Insurance**
**PO Box 178**
**Philadelphia, PA 19105-0178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _secondary life insurance on officers_
**Policy Nos.**
**8370343**
**8370346**
**8370356**
**8370358**
**2697673**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Travelers**
**PO Box 660317**
**Dallas, TX 75266-0317**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _insurance_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$388.00** |
|---|---|---|---|

**Turbochef Technologies. Inc.**
**16646 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _parts_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Universal Advantage Fleet Card**
**PO Box 70887**
**Charlotte, NC 28272-0887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _credit card_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,785.49** |
|---|---|---|---|

**UPS**
**P.O Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Freight for parts_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,504.00** |
|---|---|---|---|

**Verizon Connect Fleet USA**
**PO Box 347472**
**Pittsburgh, PA 15251-4472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Fleet GPS_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advance Case Parts, Inc. | Case number (if known) | 19-14930-RBR |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vikng East**
**325 Horizon Dr**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WEX Bank/Speedway**
**PO Box 6293**
**Carol Stream, IL 60197**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,270.00 |
|---|---|---|---|

**Win-Holt Equipment Corp.**
**P.O. Box 75359**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **equipment vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.00 |
|---|---|---|---|

**Windstream Communications**
**PO Box 9001950**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **phone system vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,800.00 |
|---|---|---|---|

**WWEX Franchise Holdings, LLC**
**2323 Victory Ave**
**Ste 1600**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/3/2019**

Basis for the claim: **Agreement-Stipulation of the Parties/Final Order Approving Stipulation/Order of Dismissal/Case Settled**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allan M. Stein, Esq.**<br>**Rosenfeld Stein Batta, P.A.**<br>**21490 West Dixie Highway**<br>**Miami, FL 33180** | Line  **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bizerba USA, Inc.**<br>**PO Box 13365**<br>**Newark, NJ 07101-3365** | Line  **3.14**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **BKI Worldwide/Bevles**<br>**29804 Network Place**<br>**Chicago, IL 60673-1298** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Chernoff Sales, Inc.**<br>**3050 SW 42nd Street**<br>**Fort Lauderdale, FL 33312** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Cintas**<br>**PO Box 826704**<br>**Philadelphia, PA 19182-6704** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Cintas**<br>**3050 SW 42nd Street**<br>**Attn. 49K**<br>**Fort Lauderdale, FL 33312** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Donna Hancock**<br>**904 Denery Lane**<br>**Fort Pierce, FL 34951** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jack W. Merritt, Esq.**<br>**Merritt & Sanderson**<br>**690 South Tamiami Trail**<br>**Osprey, FL 34229** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Lee Gartner, Esq.**<br>**1440 Coral Ridge Dr**<br>**Suite 221**<br>**Pompano Beach, FL 33071** | Line **3.84**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Receivable Management Services**<br>**1250 E. Diehl Rd**<br>**Naperville, IL 60563** | Line **3.76**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Richard James & Assocs.**<br>**4317 NE Thurston Way**<br>**Vancouver, WA 98662** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Susan Hatcher**<br>**7003 Pacific Ave**<br>**Delray Beach, FL 33483** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **The Travelers Idemnity Company**<br>**Attn. Rochele Velasquez**<br>**PO Box 430**<br>**Buffalo, NY 14240-0430** | Line **3.19**<br><br>☐ Not listed. Explain ____ | **2785** |
| 4.14 | **Thomas J. Maccari, Esq.**<br>**7700 Congress Ave Ste 1133**<br>**Boca Raton, FL 33487** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Thomas J. Maccari, Esq.**<br>**7700 Congress Ave Ste 1133**<br>**Boca Raton, FL 33487** | Line **3.32**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Advance Case Parts, Inc.** | Case number (if known) | **19-14930-RBR** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | **Thomas J. Maccari, Esq.**<br>**7700 Congress Ave Ste 1133**<br>**Boca Raton, FL 33487** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Tony Pornprinya, Esq.**<br>**1555 NE 123rd St**<br>**Miami, FL 33161** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Valentine & Kebartas LLC**<br>**15 Union St**<br>**Suite 202**<br>**Lawrence, MA 01840** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Valentine & Kebartas LLC**<br>**PO Box 325**<br>**Lawrence, MA 01842-0625** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Wex Inc.**<br>**97 Darling Ave**<br>**South Portland, ME 04106** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | | 47,374.20 |
| **5b. Total claims from Part 2** | 5b. | + $ | | 1,078,748.27 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | | 1,126,122.47 |

**Fill in this information to identify the case:**

Debtor name    **Advance Case Parts, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **19-14930-RBR**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
        ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
        ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
        (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease dated March 31, 2015 for office and warehouse located at 12485-12489 NW 44th Street, Coral Springs, FL and Addendum to Lease Agreement dated January 1, 2017 terminates March 31, 2040** | |
| State the term remaining | | **Advance Case Parts RE Holdings LLC** |
| List the contract number of any government contract | | **12489 NW 44th St Pompano Beach, FL 33065** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **client services agreement** | |
| State the term remaining | | **Brevard County School Board** |
| List the contract number of any government contract | | **2700 Judge Fran Jamieson Way Viera, FL 32940** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Contract No. W1348408Q1 Kitchen Appliance Repairs** | |
| State the term remaining | | **Broward County Board of Commissioners** |
| List the contract number of any government contract | | **115 S. Andrews Ave Room 409 Fort Lauderdale, FL 33301** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement dated May 10, 2016** | |
| State the term remaining | | **CoAdvantage/MS PEO II LLC Attn. Legal Notice** |
| List the contract number of any | | **3350 Buschwood Park Dr Suite 200 Tampa, FL 33618** |

Debtor 1  **Advance Case Parts, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)  **19-14930-RBR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **2016 CHEVY CORVETTE 1G1YD2D79G5113090 2018 NISSAN VAN NV200 3N6CMOKN3JK703500 2018 NISSAN VAN NV200 3N6CM0KN0JK703499 2018 NISSAN  VAN NV200 3N6CM0KN4JK701819 2018 NISSAN VAN NV200 3N6CM0KN4JK703313 2018 NISSAN VAN NV200 3N6CM0KN6JK702065 2018 NISSAN VAN NV200 3N6CM0KN3JK701682 2018 NISSAN VAN NV200 3N6CMOKN4JK701917 2018 NISSAN VAN NV200 3N6CM0KN1JK703303 2017 NISSAN VAN NV200 3N6CM0KN5HK706151 2017 NISSAN VAN NV200 3N6CM0KN7HK721248 2017 NISSAN VAN NV200 3N6CM0KN2HK706284 2018 NISSAN VAN NV200 3N6CM0KN3JK703772** | |
| | State the term remaining | | **Enterprise Fleet Management 9315 Olive Blvd Saint Louis, MO 63132** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Service Partner Agreement dated March 11, 2019** | |
| | State the term remaining | **11 months (automatically renews on an annual basis)** | **Folliet LLC 801 Church Ln Easton, PA 18040** |
| | List the contract number of any government contract | | |

Debtor 1    **Advance Case Parts, Inc.**                                    Case number (*if known*)    **19-14930-RBR**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease Agreement dated May 30, 2014 and Addendum dated June 1, 2014 for leased premises located at 326 Foreststone Drirve, West Union, SC 29696** | |
| | State the term remaining | **ending at midnight May 31, 2040** | **G. Hude Jr. and P. Podhurst** |
| | List the contract number of any government contract | | **12489 NW 44th St Coral Springs, FL 33065** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Bid No. RTQ-00256 Repairs Replacement/Parts Appl. & Kitc.** | |
| | State the term remaining | **through May 31, 2024** | **Miami-Dade Board of County Commissioners** |
| | List the contract number of any government contract | | **111 NW 1st St, Suite 220 Miami, FL 33128** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract ITB-15-075-AC - Kitchen Equipment Repairs and/or Install** | |
| | State the term remaining | **expires August 9, 2019** | **Miami-Dade County Public Schools** |
| | List the contract number of any government contract | | **1450 NE 2nd Ave Suite 650 Miami, FL 33132** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Accounts Receivable Administration Agreement dated** | |
| | State the term remaining | | **Newtek Business Credit** |
| | List the contract number of any government contract | | **1981 Marcus Ave, Ste 130 New Hyde Park, NY 11042** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Term Contract #750727C - Repair of Commercial Kitchen Equipment** | |
| | State the term remaining | **through December 20, 2019** | **Palm Beach County Board of County Commis** |
| | List the contract number of any government contract | | **50 South Military Trail Suite 110 West Palm Beach, FL 33415-3199** |

| Debtor 1 | Advance Case Parts, Inc. | | Case number (*if known*) | 19-14930-RBR |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.12.** State what the contract or lease is for and the nature of the debtor's interest
**Term contract #650355D Repair of Kitchen Equipment, Commercial, Gas through June 30, 2019**

State the term remaining

List the contract number of any government contract

**Palm Beach County Board of County Commis 50 South Military Trail Suite 110 West Palm Beach, FL 33415-3199**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest
**Bid #17C-38T Term Contract for Purchase and Installation of Indoor and Outdoor Walk-in Collers and Freezers May 2017 - May 2020**

State the term remaining

List the contract number of any government contract

**Palm Beach County School District 3300 Forest Hill Blvd West Palm Beach, FL 33406**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest
**RFQ #150705/CC Commercial Kitchen Appliances, Preventative Maintenance & Repair, Term Conrtact**

State the term remaining

List the contract number of any government contract

**Palm Beach County School District 3300 Forest Hill Blvd West Palm Beach, FL 33406**

---

**2.15.** State what the contract or lease is for and the nature of the debtor's interest
**Quote No. 1805-103T for Q-Tec Installation Project - Phase II**

State the term remaining

List the contract number of any government contract

**Palm Beach County School District 3300 Forest Hill Blvd West Palm Beach, FL 33406**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest
**Service Agreement dated July 9, 2018.**

State the term remaining
**ends on June 30, 2019**

List the contract number of any government contract

**Palm Beach State College 4200 Congress Ave Lake Worth, FL 33461**

Debtor 1    **Advance Case Parts, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **19-14930-RBR**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement dated July 15, 2013 and Statement of Work dated July 15, 2013** | |
|---|---|---|---|
| | State the term remaining | | **Publix Super Markets, Inc.** |
| | List the contract number of any government contract | | **3300 Publix Corporate Parkway Lakeland, FL 33811-3311** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement No. 1116955 dated January 11, 2016. Term is 60 months. Xerox WorkCentre 7845 with Professional Finisher serial number MX4767996 Xerox ColorQube 8900MFP serial number XY7000524** | |
|---|---|---|---|
| | State the term remaining | **January 2021** | **QuestingHound Technology Partners** |
| | List the contract number of any government contract | | **3155 SW 10th St, Suite N Deerfield Beach, FL 33442** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Term Conrtact for HVAC Light Commercial Repairs, Service and Installations** | |
|---|---|---|---|
| | State the term remaining | **through October 1, 2019** | **School District of Palm Beach County, FL 3300 Forest Hill Blvd.** |
| | List the contract number of any government contract | | **Suite A-323 West Palm Beach, FL 33406-5813** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Term Contract for Cafeteria and Culinary Arts Equipmenet, OEM Parts, Installation and Repair** | |
|---|---|---|---|
| | State the term remaining | **through October 30, 2020** | **School District of Palm Beach County, FL 3300 Forest Hill Blvd.** |
| | List the contract number of any government contract | | **Suite A-323 West Palm Beach, FL 33406-5813** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **2015 CHEVY TRUCK 1GB0CUEG1FZ521158 2016 HINO FLAT BED 5PVNE8JT0G4S56625** | |
|---|---|---|---|
| | State the term remaining | | **Sutton Leasing** |
| | List the contract number of any government contract | | **3555 East 14 Mile Rd Sterling Heights, MI 48310** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Advance Case Parts, Inc. | | Case number *(if known)* | 19-14930-RBR |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Authorized Service Agreement dated January 10, 2017** | |
|---|---|---|---|
| | State the term remaining | **automatically renews annually** | **Univex Corporation** |
| | List the contract number of any government contract | | **3 Old Rockingham Rd Salem, NH 03079** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **warranty services effective January 10, 2017** | |
|---|---|---|---|
| | State the term remaining | **automatically renews** | **Univex Corporation** |
| | List the contract number of any government contract | | **3 Old Rockingham Rd Salem, NH 03079** |

---

**Fill in this information to identify the case:**

Debtor name     **Advance Case Parts, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **19-14930-RBR**

☐ Check if this is an
   amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **ACSS, LLC** | **12489 NW 44th St**<br>**Coral Springs, FL 33065** | **CT Corporation System, as Rep.** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **ACSS, LLC** | **12489 NW 44th St**<br>**Coral Springs, FL 33065**<br>**guarantor** | **Newtek Small Business Finance, LLC** | ■ D ___**2.12**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Advance Case Parts RE Holdings LLC** | **12489 NW 44th St**<br>**Coral Springs, FL 33065** | **CT Corporation System, as Rep.** | ■ D ___**2.7**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Advance Case Parts RE Holdings LLC** | **12489 NW 44th St**<br>**Coral Springs, FL 33065** | **CDS Business Services** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Advance Case Parts RE Holdings LLC** | **4100 N Powerline Rd**<br>**Suite Y-2**<br>**Pompano Beach, FL 33073** | **Newtek Small Business Finance, LLC** | ■ D ___**2.10**___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Advance Case Parts, Inc.**                                    Case number *(if known)*   **19-14930-RBR**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                          Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | Advance Case Parts RE Holdings LLC | 12489 NW 44th St Coral Springs, FL 33065 | Newtek Business Credit | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | Advance Case Parts Refrigeration LLC | 12489 NW 44th St Coral Springs, FL 33065 | CT Corporation System, as Rep. | ■ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | Advance Case Parts, LLC | 12489 NW 44th St Coral Springs, FL 33065 | CDS Business Services | ■ D ___2.3___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | Advance Case Parts, LLC | 12489 NW 44th St Coral Springs, FL 33065 | Newtek Business Credit | ■ D ___2.9___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | Advance Case Parts, LLC | 12489 NW 44th St Coral Springs, FL 33065 guarantor | Newtek Small Business Finance, LLC | ■ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.11 | Advance Case RE Holdings, LLC | 12485-12489 NW 44th St Coral Springs, FL 33071 | Newtek Small Business Finance, LLC | ■ D ___2.12___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.12 | Advance Gourmet Foods & Catering, Inc. | 12489 NW 44th St Coral Springs, FL 33065 | CT Corporation System, as Rep. | ■ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.13 | Advance Service & Repair, Inc. | 12489 NW 44th St Coral Springs, FL 33065 | CT Corporation System, as Rep. | ■ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor **Advance Case Parts, Inc.**

Case number *(if known)* **19-14930-RBR**

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Check Drafters International Corporation** | 12489 NW 44th St<br>Coral Springs, FL 33065 | **CT Corporation System, as Rep.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **George E. Hude, Jr.** | 8172 Ocho Rios Ln<br>Wellington, FL 33414 | **American Express Plum** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |
| 2.16 | **George E. Hude, Jr.** | 8172 Ocho Rios Ln<br>Wellington, FL 33414<br>guarantor | **Newtek Small Business Finance, LLC** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **George E. Hude, Jr.** | 8172 Ocho Rios Ln<br>Wellington, FL 33414 | **Charles Monroe** | ☐ D ____<br>■ E/F __3.19__<br>☐ G ____ |
| 2.18 | **GPG LLC** | 12489 NW 44th St<br>Coral Springs, FL 33065<br>guarantor | **Newtek Small Business Finance, LLC** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **GPG, LLC** | 12489 NW 44th St<br>Coral Springs, FL 33065 | **CT Corporation System, as Rep.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Just Doggin' It Inc.** | 12489 NW 44th St<br>Coral Springs, FL 33065 | **CT Corporation System, as Rep.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Lot O Winners, Inc.** | 12489 NW 44th St<br>Coral Springs, FL 33065 | **CT Corporation System, as Rep.** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Advance Case Parts, Inc.**                                    Case number *(if known)*   **19-14930-RBR**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Paul Podhurst** | **12760 NW 15th St**<br>**Coral Springs, FL 33065** | **CT Corporation**<br>**System, as Rep.** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Paul Podhurst** | **12760 NW 15th St**<br>**Coral Springs, FL 33065**<br>**guarantor** | **Newtek Small**<br>**Business Finance,**<br>**LLC** | ■ D  __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Paulmark, Inc.** | **12489 NW 44th St**<br>**Coral Springs, FL 33065** | **CT Corporation**<br>**System, as Rep.** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **PDSP, LLC** | **12489 NW 44th St**<br>**Coral Springs, FL 33065** | **CT Corporation**<br>**System, as Rep.** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Supermarket**<br>**Professionals,**<br>**Inc.** | **12489 NW 44th St**<br>**Coral Springs, FL 33065** | **CT Corporation**<br>**System, as Rep.** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **The Dream**<br>**Ticket, Inc.** | **12489 NW 44th St**<br>**Coral Springs, FL 33206-5000** | **CT Corporation**<br>**System, as Rep.** | ■ D  __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Travelers** | **PO Box 660317**<br>**Dallas, TX 75266-0317** | **Charles Monroe** | ☐ D  _____<br>■ E/F __3.19__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Advance Case Parts, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **19-14930-RBR**

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,513,610.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$5,591,242.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$5,203,982.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Advance Case Parts, Inc.**

Case number *(if known)*  **19-14930-RBR**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **American Express Gold**<br>PO Box 650448<br>Dallas, TX 75265 | **various** | **$15,003.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |
| 3.2. | **American Express Platinum**<br>PO Box 650448<br>Dallas, TX 75265 | **various** | **$52,988.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |
| 3.3. | **American Express Plum**<br>PO Box 650448<br>Dallas, TX 75265 | **various** | **$290,458.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **credit card** |
| 3.4. | **American Management Services, Inc.**<br>8250 Exchange Dr.<br>Ste 132<br>Orlando, FL 32809 | **various** | **$135,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **Bizerba USA, Inc.**<br>PO Box 826704<br>Philadelphia, PA 19182-6704 | **various** | **$36,347.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Broward County Tax Collector**<br>115 S. Andrews Ave<br>Room A100<br>Fort Lauderdale, FL 33301 | **various** | **$29,184.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **taxes** |
| 3.7. | **Brown & Brown of Florida, Inc.**<br>1201 W. Cypress Creek Rd #130<br>PO Box 5727<br>Fort Lauderdale, FL 33310-5727 | 3/5/2019<br>3/8/2019 | **$25,228.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **insurance** |
| 3.8. | **Enterprise Fleet Management**<br>9315 Olive Blvd<br>Saint Louis, MO 63132 | **various** | **$30,498.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **lease payments** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     **Advance Case Parts, Inc.**                                   Case number *(if known)*  **19-14930-RBR**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.   **Giles Enterprises Inc.**<br>**2750 Gunter Park Dr W**<br>**Montgomery, AL 36109** | various | $82,357.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **Gold Medal Products Co.**<br>**10700 Medallion Dr**<br>**Cincinnati, OH 45241** | various | $9,456.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Hobart Service-Miami**<br>**9100 NW 7th Ave**<br>**Miami, FL 33150** | various | $29,244.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.  **Howard-McCray**<br>**831 East Cayuga St**<br>**Philadelphia, PA 19124** | various | $10,261.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.  **IBM Southeast Employee Fed Credit Union**<br>**5070 PGA Blvd**<br>**Suite 100**<br>**Palm Beach Gardens, FL 33418** | various | $87,160.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **credit card** |
| 3.14.  **KaTom Restaurant Supply**<br>**305 Katom Dr**<br>**Kodak, TN 37764** | various | $8,022.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.  **LVO Manufacturing**<br>**808 North 2nd Ave East**<br>**Rock Rapids, IA 51246** | various | $38,896.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16.  **Newtek Small Business Finance, LLC**<br>**60 Hempstead Ave**<br>**2nd FL**<br>**West Hempstead, NY 11552** | various | $7,471.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **Advance Case Parts, Inc.** _____  Case number *(if known)* **19-14930-RBR** _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **North Springs Japanese Car Care** 12294 Wiles Rd Fort Lauderdale, FL 33321 | various | $6,954.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.18. **Oconee Federal Savings & Loan Assoc.** 115 EN 2nd St Seneca, SC 29678 | 1/10/2019 2/25/2019 2/8/2019 3/29/2019 | $13,612.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **lease payments** |
| 3.19. **Parts Town, LLC** 1150A N Swift Rd Addison, IL 60101 | various | $156,837.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.20. **Premium Assignment Corporation** PO Box 8000 Tallahassee, FL 32314-8000 | various | $20,035.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other___ |
| 3.21. **Structural Concepts** 888 East Porter Rd Muskegon, MI 49441 | various | $10,427.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.22. **Supermarket Parts Warehouse** 715 Glen Wild Rd, Bldg #2 Woodridge, NY 12789 | various | $11,577.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.23. **T-Mobile** PO Box 790047 Saint Louis, MO 63179-0047 | various | $9,114.43 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.24. **Universal Advantage Fleet Card** PO Box 70887 Charlotte, NC 28272-0887 | various | $35,848.09 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Advance Case Parts, Inc.**                                    Case number *(if known)*   **19-14930-RBR**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **UPS**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | **various** | **$37,394.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. | **Vikng East**<br>**325 Horizon Dr**<br>**Suwanee, GA 30024** | **1/2/2019** | **$9,902.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Coral Springs Corporate Center Condominium Association, Inc. v. Advance Case Parts, Inc. and Newtek Small Business Finance, LLC**<br>**CACE-19-003334** | **foreclosure of a claim of lien for unpaid condomimium assessments** | **Circuit Court, Broward County**<br>**201 S.E. 6th Street**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    Advance Case Parts, Inc.                                   Case number (if known)  19-14930-RBR

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Skyfood Equipment LLC v. Advance Case Parts, Inc.** COCE-18-004279 | **open account/unjust enrichment** | **County Court, Broward County** 201 S.E. 6th Street Fort Lauderdale, FL 33301 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **New York Mart Sunrise, Inc. v. Advance Case Parts, Inc.** CACE-16-019304 | **breach of contract** | **Circuit Court, Broward County** 201 S.E. 6th Street Fort Lauderdale, FL 33301 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **WWEX Franchise Holdings, LLC v. Advance Case Auto Parts, Inc.** CACE-18-20539 | **breach of contract** | **Circuit Court, Broward County** 201 S.E. 6th Street Fort Lauderdale, FL 33301 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Alto-Shaam Inc. v. Advance Case Parts, Inc.** CACE-17-005247 | **open account/account stated** | **Circuit Court, Broward County** 201 S.E. 6th Street Fort Lauderdale, FL 33301 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. **FedEx Corporate Services, Inc. v. Advance Case Parts, Inc.** CACE-18-017607 | **open account/account stated** | **Circuit Court, Broward County** 201 S.E. 6th Street Fort Lauderdale, FL 33301 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.7. **American Panel Corporation v. Advance Case Parts, Inc.** CACE-18-002991 | **open account/account stated** | **Circuit Court, Broward County** 201 S.E. 6th Street Fort Lauderdale, FL 33301 | ☐ Pending ☐ On appeal ■ Concluded |
| 7.8. **Charles Monroe** Claim No. E2R2785 | **car accident on July 9, 2018** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.9. **2909 Lee Blvd. Supermarket Corp. v. Advance Case Parts, Inc.** 17-CA-002654 | **breach of contract** | **In the Circuit Court, Lee County** 1700 Monroe St Fort Myers, FL 33901 | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Advance Case Parts, Inc.**                                Case number *(if known)*  **19-14930-RBR**

---

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Akerman LLP** <br> **350 E. Las Olas Boulevard** <br> **Suite 1600** <br> **Fort Lauderdale, FL 33301** | **Attorney Fees** | **4/8/2019** | **$35,000.00** |
| | **Email or website address** <br> **eyal.berger@akerman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **Safeco Insurance** <br> **P.O. Box 91016** <br> **Chicago, IL 60680-1016** | **monies paid on the following dates:** <br> **6/28/2017** <br> **12/6/2017** <br> **12/15/2017** <br> **3/30/2018** | | **$1,184.40** |
| | **Relationship to debtor** <br> **For the benefit of Mr. Hude** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Advance Case Parts, Inc.                                    Case number *(if known)*  19-14930-RBR

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | Discover Financial Services<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | monies paid on the following dates:<br>5/31/2017<br>8/17/2017<br>8/28/2017<br>9/18/2017<br>12/18/2017<br>1/17/2018<br>2/12/2018<br>2/20/2018<br>3/19/2018 | | $1,827.00 |
| | Relationship to debtor<br>For the benefit of Mr.<br>Podhurst | | | |
| 13.3<br>. | Bank of the West<br>180 Montgomery St<br>San Francisco, CA 94104 | monies paid on the following dates:<br>10/11/2017<br>11/22/2017<br>12/19/2017<br>1/19/2018<br>2/22/2018<br>3/23/2018 | | $3,860.96 |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |
| 13.4<br>. | American Express Platinum<br>PO Box 650448<br>Dallas, TX 75265 | monies paid on the following dates:<br>4/20/2017<br>7/21/2017<br>8/18/2017<br>9/20/2017<br>12/18/2017<br>1/18/2018<br>2/20/2018<br>3/18/2018 | | $4,834.00 |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |
| 13.5<br>. | Palm Beach Boat Club<br>255 E. 22nd Ct.<br>2nd Floor<br>West Palm Beach, FL 33404 | monies paid | 1/1/2018 | $138.03 |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |
| 13.6<br>. | Palm Beach County DMV<br>PO Box 3715<br>FL 33400-2000 | monies paid | 2/15/2018 | $152.23 |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |

Debtor    **Advance Case Parts, Inc.**    Case number *(if known)*    **19-14930-RBR**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7<br>· | **Boat Connection**<br>**71 S Military Trail**<br>**West Palm Beach, FL 33415** | **monies paid** | **3/10/2018** | **$1,284.27** |
| | Relationship to debtor<br>**For the benefit of Mr. Hude** | | | |
| 13.8<br>· | **Sea Tow**<br>**2300 Broadway Ave**<br>**West Palm Beach, FL 33404** | **monies paid** | **4/6/2018** | **$179.00** |
| | Relationship to debtor<br>**For the benefit of Mr. Hude** | | | |
| 13.9<br>· | **Lincoln Automotive Fin.**<br>**Services**<br>**PO Box 105704**<br>**Atlanta, GA 30348** | **monies paid on the following dates:**<br>**1/26/2018**<br>**3/26/2018**<br>**3/26/2018** | | **$2,046.27** |
| | Relationship to debtor<br>**For the benefit of Mr. Hude** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
    **profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

Debtor    **Advance Case Parts, Inc.**                                    Case number *(if known)*  **19-14930-RBR**

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **063-84653 Advance Case Parts, Inc.** | EIN:  **22-3972729** |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Advance Case Parts RE Holdings LLC 12489 NW 44th St Pompano Beach, FL 33065** | | **Decoral America Corporation security deposit for rental of warehouse.** | **$4,000.00** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Advance Case Parts, Inc.

Case number *(if known)*  19-14930-RBR

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Alpina Tax & Accounting Services**<br>**4171 West Hillsboro Blvd. Suite 4**<br>**Coconut Creek, FL 33073-2154** | **2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Kenwal Singh**<br>**466 Lyons Road**<br>**West Palm Beach, FL 33411** | **01/11/2017 to**<br>**10/26/2018** |

Debtor    Advance Case Parts, Inc.                                   Case number *(if known)*  19-14930-RBR

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Alpina Tax & Accounting Services** **4171 West Hillsboro Blvd.  Suite 4** **Coconut Creek, FL 33073-2154** | **2017 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Michael G. Picardi Sr.** **21321 Chinaberry Dr** **Boca Raton, FL 33428** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Newtek Small Business Finance, LLC** **60 Hempstead Ave** **2nd FL** **West Hempstead, NY 11552** |
| 26d.2. **Aegis Financial** **3401 W Cypress St #201** **Tampa, FL 33607** |
| 26d.3. **Enterprise Fleet Management** **9315 Olive Blvd** **Saint Louis, MO 63132** |
| 26d.4. **Horizon Bradco** **412 Warren St** **Schenectady, NY 12305** |
| 26d.5. **American Mangement Services, Inc.** **8250 Exchange Dr.** **Ste 132** **Orlando, FL 32809** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul Podhurst** | **12760 NW 15th St** **Coral Springs, FL 33071** | **President** | **57.28%** |

Debtor    **Advance Case Parts, Inc.** _____    Case number *(if known)* **19-14930-RBR**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| George E. Hude, Jr. | 8172 Ocho Rios Ln Wellington, FL 33414 | Treasurer | 42.72% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael G. Picardi Sr. | 21321 Chinaberry Dr Boca Raton, FL 33428 | Chief Financial Officer | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Michael G. Picardi Sr. 21321 Chinaberry Dr Boca Raton, FL 33428 | $25,961.55 | Annual salary paid from 03.16.18 through 04.15.19 | salary |
| | Relationship to debtor CFO | | | |
| 30.2. | Paul Podhurst 12760 NW 15th St Coral Springs, FL 33071 | $162,851.83 | Annual salary paid from 03.16.18 through 04.15.19 | salary |
| | Relationship to debtor President/CEO | | | |
| 30.3. | George E. Hude, Jr. 8172 Ocho Rios Ln Wellington, FL 33414 | $141,710.62 | Annual salary paid from 03.16.18 through 04.15.19 | salary |
| | Relationship to debtor Treasurer | | | |

| Debtor | Advance Case Parts, Inc. | Case number *(if known)* | 19-14930-RBR |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **Cayla Hope Podhurst**<br>**12760 NW 15th St.**<br>**Coral Springs, FL 33071** | **$11,446.89** | **Annual salary paid from 03.16.18 through 04.15.19** | **salary** |
| | Relationship to debtor<br>**daughter of Paul Podhurst, President/CEO** | | | |
| 30.5. | **Michael P. Picardi**<br>**5130 Las Verdes Circle APT 315**<br>**Delray Beach, FL 33484** | **$40,395.00** | **Annual salary paid from 03.16.18 through 04.15.19** | **salary** |
| | Relationship to debtor<br>**son of Michael G. Picardi, Sr., CFO** | | | |
| 30.6. | **Safeco Insurance**<br>**P.O. Box 91016**<br>**Chicago, IL 60680-1016** | **$1,426.09** | **6/22/2018**<br>**8/24/2018**<br>**10/15/2018**<br>**3/29/2019** | |
| | Relationship to debtor<br>**For the benefit of Mr. Hude** | | | |
| 30.7. | **Discover Financial Services**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197-6103** | **$1,815.87** | **4/17/2018**<br>**6/18/2018**<br>**7/17/2018**<br>**8/16/2018**<br>**8/17/2018**<br>**9/17/2018**<br>**10/17/2018**<br>**11/7/2018** | |
| | Relationship to debtor<br>**For the benefit of Mr. Podhurst** | | | |
| 30.8. | **Bank of the West**<br>**180 Montgomery St**<br>**San Francisco, CA 94104** | | **4/23/2018**<br>**6/29/2018**<br>**7/24/2018**<br>**9/21/2018**<br>**9/25/2018**<br>**10/24/2018**<br>**12/11/2018**<br>**1/11/2019**<br>**1/24/2019**<br>**3/4/2019**<br>**3/27/2019** | **$5,815.57** |
| | Relationship to debtor<br>**For the benefit of Mr. Hude** | | | |

Debtor    Advance Case Parts, Inc.                                    Case number *(if known)*  19-14930-RBR

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | American Express Platinum<br>PO Box 650448<br>Dallas, TX 75265 | $8,996.00 | 4/18/2018<br>5/18/2018<br>6/18/2018<br>7/18/2018<br>8/17/2018<br>9/18/2018<br>10/18/2018<br>11/19/2018<br>12/18/2018<br>1/22/2019<br>2/18/2019<br>3/18/2019<br>4/9/2019 | |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |
| 30.10. | Synchrony / Amazon<br>P.O. Box 960013<br>Orlando, FL 32896-0013 | $200.03 | 5/21/2018<br>5/22/2018 | |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |
| 30.11. | Palm Beach Boat Club<br>255 E. 22nd Ct.<br>2nd Floor<br>West Palm Beach, FL 33404 | $828.18 | 5/1/2018<br>6/1/2018<br>7/1/2018<br>8/1/2018<br>9/1/2018<br>12/1/2018 | |
| | Relationship to debtor<br>For the benefit of Mr. Hude | | | |
| 30.12. | Sheehan Autoplex<br>2681 N Federal Hwy<br>Pompano Beach, FL 33064 | $11,200.00 | 8/9/2018 | |
| | Relationship to debtor<br>For the benefit of Mr. Podhurst | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Advance Case Parts, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **19-14930-RBR**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____        **Paul Podhurst**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes